Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **WROE Enterprises, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 5 – 2 8 1 7 0 9 0 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 1100 Pennsylvania Avenue <br> Number    Street <br><br> Fort Worth, TX 76104 <br> City        State    ZIP Code <br><br> Tarrant <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> City        State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> City        State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor  **WROE Enterprises, LLC** _____  Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                                 MM / DD / YYYY<br>      District _____  When _____  Case number _____<br>                                                 MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>      District _____  When _____<br>                                                MM / DD / YYYY<br>      Case number, if known _____ |

Debtor  **WROE Enterprises, LLC**  Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　　　Number　Street<br>_____<br>City　　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　　☐ 50-99　　☐ 1,000-5,000　　☐ 5,001-10,000　　☐ 25,001-50,000　　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor **WROE Enterprises, LLC**
Name

Case number *(if known)*

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/06/2024**
MM/ DD/ YYYY

X **/s/ T. J. Wroe**              **T. J. Wroe**
Signature of authorized representative of debtor     Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Robert T DeMarco**     Date **05/06/2024**
Signature of attorney for debtor            MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number   Street

**Plano**         **TX**     **75074**
City          State    ZIP Code

**(972) 991-5591**          **robert@demarcomitchell.com**
Contact phone           Email address

**24014543**           **TX**
Bar number           State

**Fill in this information to identify the case:**

Debtor name: **WROE Enterprises, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/06/2024**
MM/ DD/ YYYY

X **/s/ T. J. Wroe**
Signature of individual signing on behalf of debtor

**T. J. Wroe**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form B202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **WROE Enterprises, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 1

Debtor **WROE Enterprises, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**     WROE Enterprises, LLC

Case No. _____

**Debtor**

Chapter ____**11**____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................ **$0.00**

   Prior to the filing of this statement I have received ..................................................................... **$0.00**

   Balance Due ................................................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **05/06/2024** | **/s/ Robert T DeMarco** |
|---|---|
| Date | Robert T DeMarco |
| | *Signature of Attorney* |

Bar Number: 24014543
DeMarco Mitchell, PLLC
500 N. Central Expressway Suite 500
Plano, TX 75074
Phone: (972) 578-1400

**DeMarco Mitchell, PLLC**
*Name of law firm*

---

Date:    **05/06/2024**                                **/s/ T. J. Wroe**

*T. J. Wroe*

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

Dallas County Tax-Assessor
Collector
500 Elm St Ste 3300
Dallas, TX 75202-3304

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Majid Nejati
c/o Craig Lesok
226 BaileyAve, Suite 101
Fort Worth, TX 76107

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States
Trustee
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242

Tarrant County
C/O Linebarger, Goggan, Blair, et al
2777 N. Stemmons Frwy. Ste. 1000
Dallas, TX 75207

Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange
Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business
Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                      CHAPTER **11**
**WROE Enterprises, LLC**

DEBTOR(S)                                        CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **T. J. Wroe** <br> 1100 Pennsylvanna <br> Fort Worth, TX 76104 | | 100% | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the \_\_\_\_\_**Managing Member**\_\_\_\_\_ of the \_\_\_\_\_**Nonpublic Corporation**\_\_\_\_\_ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **05/06/2024**                      Signature: **/s/ T. J. Wroe**
                                                                       *T. J. Wroe, Managing Member*